# In the United States Court of Federal Claims

No. 17-1185 C
(Filed: April 23, 2021)

```
* * * * * * * * * * * * * * * * * * *   *
                                        *
LINDA A. LACEWELL,                      *
                                        *
                  Plaintiff,            *
                                        *
       v.                               *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
* * * * * * * * * * * * * * * * * * *   *
```

## ORDER

On April 16, 2021, the parties submitted a Stipulation for Entry of Final Judgment. ECF No. 39. The Court has reviewed the parties' stipulations included therein. Accordingly, the Court adopts the stipulations and releases agreed to by the parties in ECF No. 39 and orders the following:

1. The Clerk shall enter **JUDGMENT** in favor of Plaintiff, in her capacity as Liquidator of Health Republic Insurance of New York, Corp., in the amount of $438,368,502.32 on the First Cause of Action of the Complaint. *See* ECF No. 1 at ¶¶ 122-132; ECF No. 39 at ¶ 13.

2. The Clerk shall enter **JUDGMENT** in favor of the United States in the amount of $217,529,918.99, "encompassing amounts owed under the risk adjustment program, risk adjustment user fees, the start-up loan, the CSR program, and for associated accrued interest." ECF No. 39 at ¶ 14.

3. The Court **DISMISSES** the Second, Third, Fourth, Fifth, and Sixth Causes of Action of the Complaint with prejudice. *See* ECF No. 39 at ¶ 18. The Clerk shall enter judgment accordingly as to such counts.

   **IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge